UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ROBERT MONTERROSA**,　　　　　　　　　　Case No. 6:13-cv-00342-KI

　　　　　　Plaintiff,　　　　　　　　　　　　JUDGMENT

　　v.

**DR. HANSON; KAREN IRELAND; S. SHELTON; DR. VARGO; M. GOWER; J. STEVENSON; JOHN DOE, et al. individually and in individual official capacity**,

　　　　　　Defendants.

　　Robert Monterrosa
　　2605 State Street
　　Salem, OR 97103

　　　　　Pro se Plaintiff

　　Ellen F. Rosenblum
　　Attorney General
　　Michael R. Washington
　　Senior Assistant Attorney General

Page 1 - JUDGMENT

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

      Attorneys for Defendants

KING, Judge:

Based on the record, this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this   9th   day of December, 2014.

                              /s/ Garr M. King
                              Garr M. King
                              United States District Judge